UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | | |
|---|---|---|
| TAMIKA SAXX, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-166-CHB |
| | ) | |
| v. | ) | |
| | ) | |
| INVERNESS TECHNOLOGIES, INC., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order Adopting Magistrate Judge's Recommendation entered contemporaneously herewith, it is **HEREBY ORDERED** and **ADJUDGED** as follows:

1. This action is **DISMISSED without prejudice** and **STRICKEN** from the Court's active docket.

2. This is a **FINAL** Judgment and there is no just cause for delay.

This the 27th day of June, 2024.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

Cc: Counsel of Record

- 1 -